ROGER M. MANSUKHANI (SBN: 164463)
GORDON & REES LLP
101 West Broadway, Suite 2000
SAN DIEGO, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124
rmansukhani@gordonrees.com

GEORGE A. ACERO (SBN: 226709)
GORDON & REES LLP
655 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 565-2900
Facsimile: (916) 920-4402
gacero@gordonrees.com

Attorneys for Defendant
UNITED FACILITIES, INC.

Adam Blair Corren (SBN: 183067)
LAW OFFICES OF CORREN & CORREN
5345 n. El Dorado, Suite 7
Stockton, CA 95207
Tel: (209) 478-2621
Fax: (209) 478-3038
correnlaw@sbcglobal.net

Attorneys for Plaintiff CLOVIA DELGADO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLOVIA DELGADO, | CASE NO. 2:11-CV-00485-MCE-DAD |
| Plaintiff, | JOINT STIPULATION FOR DISMISSAL AND ORDER |
| vs. | |
| UNITED FACILITIES, INC., and DOES 1 through 50, inclusive, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by and between plaintiff Clovia Delgado and defendant United Facilities, Inc., through their respective counsel of record, that plaintiff's Complaint bearing case number 2:11-CV-00485-MCE-DAD (removed from San Joaquin County Superior

-1-

1  Court, case no. 39-2010-00255314-CU-OE-STK), and all causes of action contained therein, be

2  dismissed WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1).  Plaintiff

3  and defendant agree that the parties will bear their own costs and fees of suit.

4

5  Dated:  August ____, 2012                    GORDON & REES LLP

6

7                                                                By:    /s/ George A. Acero_____
                                                                        ROGER M.  MANSUKHANI
8                                                                       GEORGE A.  ACERO
                                                                        Attorneys for Defendant UNITED
9                                                                       FACILITIES, INC.

10

11
    Dated:  August ___, 2012                    LAW OFFICES OF CORREN & CORREN
12

13

14                                                               By:    /s/ Adam Blair Corren_____
                                                                        Adam Blair Corren
15                                                                      Attorneys for Plaintiff CLOVIA
                                                                        DELGADO
16

17                                              **ORDER**

18      It is hereby ORDERED that the above-captioned matter be, and hereby is, dismissed in

19  its entirety with prejudice, with each party to bear its own fees and costs in connection with this

20  action.  The Clerk of the Court is directed to close this case.

21      IT IS SO ORDERED.

22  Dated: August 9, 2012

23
                                    _____
24                                  MORRISON C. ENGLAND, JR
                                    UNITED STATES DISTRICT JUDGE
25

26

27

28