1  ROGER M. MANSUKHANI (SBN: 164463)
   GORDON & REES LLP
2  101 West Broadway, Suite 2000
   SAN DIEGO, CA 92101
3  Telephone: (619) 696-6700
   Facsimile: (619) 696-7124
4  rmansukhani@gordonrees.com

5  GEORGE A. ACERO (SBN: 226709)
   GORDON & REES LLP
6  655 University Avenue, Suite 200
   Sacramento, CA 95825
7  Telephone: (916) 565-2900
   Facsimile: (916) 920-4402
8  gacero@gordonrees.com

9  Attorneys for Defendant
   UNITED FACILITIES, INC.
10
   Adam Blair Corren (SBN: 183067)
11 LAW OFFICES OF CORREN & CORREN
   5345 n. El Dorado, Suite 7
12 Stockton, CA 95207
   Tel: (209) 478-2621
13 Fax: (209) 478-3038
   correnlaw@sbcglobal.net
14
   Attorneys for Plaintiff CLOVIA DELGADO
15

16

17             UNITED STATES DISTRICT COURT

18             EASTERN DISTRICT OF CALIFORNIA

19

20 | CLOVIA DELGADO,                          ) CASE NO. 2:11-CV-00485-MCE-DAD
                                              )
21 |              Plaintiff,                  ) JOINT STIPULATION FOR DISMISSAL
                                              ) AND ORDER
22 |     vs.                                  )
                                              )
23 | UNITED FACILITIES, INC., and DOES 1      )
     through 50, inclusive,                   )
24 |                                          )
                 Defendant.                   )
25 |                                          )

26       IT IS HEREBY STIPULATED by and between plaintiff Clovia Delgado and defendant

27 United Facilities, Inc., through their respective counsel of record, that plaintiff's Complaint

28 bearing case number 2:11-CV-00485-MCE-DAD (removed from San Joaquin County Superior

-1-

**JOINT STIPULATION FOR DISMISSAL AND ORDER**
CASE NO. **2:11-CV-00485-MCE-DAD**

1  Court, case no. 39-2010-00255314-CU-OE-STK), and all causes of action contained therein, be
2  dismissed WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1).  Plaintiff
3  and defendant agree that the parties will bear their own costs and fees of suit.

5  Dated:  August ____, 2012                    GORDON & REES LLP

7                                                                By:    /s/ George A. Acero_____
                                                                         ROGER M.  MANSUKHANI
8                                                                         GEORGE A.  ACERO
                                                                         Attorneys for Defendant UNITED
9                                                                         FACILITIES, INC.

12  Dated:  August ___, 2012                     LAW OFFICES OF CORREN & CORREN

14                                                                By:    /s/ Adam Blair Corren_____
                                                                         Adam Blair Corren
15                                                                         Attorneys for Plaintiff CLOVIA
                                                                         DELGADO

### ORDER

It is hereby ORDERED that the above-captioned matter be, and hereby is, dismissed in its entirety with prejudice, with each party to bear its own fees and costs in connection with this action.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  August 9, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

SPTBC/1068187/12289844v.1